IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| CATALYST NATURAL GAS, LLC, et al., | : | Case No. 08-79390-JB |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Chief Judge Joyce Bihary |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing:1) SECOND INTERIM APPLICATION OF HAYS FINANCIAL CONSULTING, LLC AS ACCOUNTANTS FOR S. GREGORY HAYS, CHAPTER 7 TRUSTEE OF CATALYST NATURAL GAS, LLC, ET AL., DEBTORS; and 2) SECOND INTERIM FEE APPLICATION OF JAMES C. FRENZEL, P.C. AS COUNSEL FOR S. GREGORY HAYS, CHAPTER 7 TRUSTEE OF CATALYST NATURAL GAS, LLC, ET AL., DEBTORS in a sealed envelope by first class mail with postage adequate to insure delivery to:

Leon S. Jones, Esq.
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Mr. S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326

David S. Weidenbaum, Esq.
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

David A. Rabin, Esq.
Marguerite E. Patrick, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326-1022

Gary W. Marsh, Esq.
McKenna Long & Aldridge, LLP
303 Peachtree St, NE
Suite 5300
Atlanta, GA 30308

Thomas M. Byrne, Esq.
B. Knox Dobbins, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Jill R. Johnson, Esq.
Samuel R. Arden, Esq.
Hartman, Simons, Spielman & Wood, LLP
6400 Powers Ferry Road, N.W.
Suite 400
Atlanta, GA 30339

Julie Adams Jacobs, Esq.
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334-1300

J. Hayden Kepner, Jr., Esq.
Scroggins and Williamson
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

Kimberly L. Myers, Esq.
Robert B. Remar, Esq.
Rogers & Hardin, LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

Michael J. McGinnis, Esq.
El Paso Corporation
1001 Louisiana, Suite E1943A
Houston, TX 77002

TRC Staffing Services Inc
PO Box 888485
Atlanta, GA 30356

Shawn M. Christianson, Esq.
Buchalter Nemer P.C.
25th Floor
333 Market Street
San Francisco, CA 94105-2130

Robert M.D. Mercer, Esq.
Bryan Cave Powell Goldstein LLP
One Atlantic Center - 14th Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488

Paul K. Ferdinands, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309

Windy A. Hillman, Esq.
Wargo & French LLP
Suite 2020
1170 Peachtree Street, NE
Atlanta, GA 30309

Georgia Dept of Revenue
Compliance Division-Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Nathan F. Coco, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Gus H. Small, Esq.
Cohen Pollock Merlin & Small
Suite 1600
3350 Riverwood Parkway
Atlanta, GA 30339-6401

This 11th day of November, 2009.

JAMES C. FRENZEL, P.C.

By:  /s/ James C. Frenzel
James C. Frenzel
Georgia Bar No. 276830
Counsel for S. Gregory Hays, as Chapter 7
Trustee of Catalyst Natural Gas, LLC, et al.,
Debtors

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center

3343 Peachtree Road, NE
Atlanta, Georgia 30326
(404) 266-9961
jcf-bklaw@mindspring.com