UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CASE NO. 08-79390-JB |
| : | Jointly Administered |
| CATALYST NATURAL GAS, LLC, et al. : | |
| : | Chapter 7 |
| : | |
| Debtors. : | JUDGE BIHARY |

## NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT

S. Gregory Hays, Trustee herein, represents to the Court that certain creditors of the captioned Debtor were issued dividends on April 5, 2012. Persuant to Rule 3010, the Trustee is paying unclaimed dividends in the amount of $1,467.51 into the Registry of the United States Bankruptcy Court. The creditors whose dividends remain unclaimed are:

| CREDITOR | AMOUNT |
|---|---|
| DeKalb County Tax Commissioner | $1,441.53 |
| SomePlace Else dba Trilogy<br>Suite 8 4994 Lower Roswell Rd<br>Marietta, GA 30068 | $1.41 |
| PEG Electric Co Inc.<br>55 Health Street<br>Fairburn, GA 30213 | $.77 |
| First Baptist Church<br>100 East 4th Ave<br>Rome, GA 30161 | $2.28 |
| Innerface Architecture<br>5849 Peachtree Rd<br>Atlanta, GA 30341 | $3.47 |
| Comfort Inn<br>795 Pollard Blvd SW<br>Atlanta. GA 30315 | $.26 |
| Country Inn<br>795 Pollard Blvd SW<br>Atlanta, GA 30315 | $.36 |

| | |
|---|---|
| Bullpen Grill & Bar<br>795 Pollard Blvd SW<br>Atlanta, GA  30315 | $.50 |
| Care Hospitality<br>795 Pollard Blvd SW<br>Atlanta,GA  30315 | $.12 |
| Citgo<br>795 Pollard Blvd SW<br>Atlanta,GA  30315 | $.11 |
| Quality Hotel<br>795 Pollard Blvd SW<br>Atlanta,GA  30315 | $2.24 |
| Saddlebrook Home<br>4730 Talleybrook Dr.<br>Kennesaw, GA  30152 | $.16 |
| Congregation Dor Tanid<br>4730 Parsons Road<br>Johns Creek, GA  30097 | $.50 |
| John R Turner<br>112 Oatland Island Rd<br>Savannah, GA  31410 | $4.58 |
| Collins Digital Imaging<br>1218-B Old Chatahoche Ave<br>Atlanta, GA  30318 | $1.41 |
| Kabar Grill<br>1025 Peachtree Pkwy<br>Peachtree City, GA  30269 | $.25 |
| Community Bible College<br>2001 Jodcoe Rd<br>Stockbridge, GA  30281 | $1.41 |
| Community Church of God<br>850 Cascade Rd SW<br>Atlanta, GA  30311 | $1.26 |
| SourceOneDirect<br>1800-B North Express Way NE<br>Atlanta, GA  30326 | $.16 |
| Schibmatt<br>PO Box 924469<br>Norcross, GA  30010 | $3.41 |
| Georgia Federal Credit Union<br>6705 Sugarloaf Pkwy<br>Duluth, GA  30097 | $1.32 |

WHEREFORE, Movant prays that the Court accept into its Registry the estate's check in the amount of $1,467.51 as payment of all unclaimed dividends of the estate.

Dated: October 30, 2012.

_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT* on the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid and addressed as follows:

> Office of the United States Trustee
> 362 Richard B. Russell Federal Building
> 75 Spring Street, S.W.
> Atlanta, Georgia 30303-3311

Dated: October 30, 2012.

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060